



## MEMORANDUM OPINION

No. 04-11-00691-CV

**IN RE** Robert Lee **GILL**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  October 5, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On September 19, 2011, relator filed a petition for writ of mandamus, asking for an "emergency injunction."  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-TA1-03549, styled *Bexar County, et al. v. Robert Lee Gill, Jr.*, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée F. McElhaney presiding.